# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Aihua TANG,

_____,

_____,

*(Write the full name of each Plaintiff*
*filing this complaint. If there is*
*insufficient space to list the names of*
*all Plaintiffs, please write "see attached"*
*in the space above and*
*attach an additional page with a full*
*list of names.)*

**Case No.: 3:24CV288-TKW-ZCB**
*(To be filled in by the Clerk's Office)*

**v.**

Director of USCIS Tampa Asylum Office,

_____,

*(Write the full name of each Defendant*
*who is being sued in this complaint. If*
*there is insufficient space to list the names*
*of all Defendants, please write*
*"see attached" in the space above and*
*attach an additional page with a full*
*list of names.)*

_____/

**Jury Trial Requested?**
□ YES  ✗ NO

FILED USDC FLND PN
JUN 24 '24 AM10:53

## I. PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

1.  Plaintiff's Name:  Aihua TANG

Address: 218 Sandhill Pines Dr

City,State,and Zip Code: Santa Rosa Beach, FL 32459

Telephone: _____ *(Home)* _626-425-8899__ *(Cell)*


2.  Plaintiff's Name: _____

Address: _____

_____

City, State, and Zip Code: _____

Telephone: _____ *(Home)* _____ *(Cell)*

*(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B.  Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: Brett Lassen

   Official Position:  Director of USCIS Tampa Asylum Office

   Employed at: USCIS Tampa Asylum Office

   Mailing Address: 3924 Coconut Palm Drive

   Tampa, FL 33619

   □ Sued in Individual Capacity      ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity      □ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

X Federal Officials (*Bivens case*)        □ State/Local Officials (*§ 1983 case*)

## III.    STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1.  On or around November 3, 2014, the Plaintiff came to the United States with a valid B1 visa.

2. On March 10, 2015, the Plaintiff filed the asylum application with the USCIS Los Angeles Asylum office and was assigned by the ZLA office a case number ZLA1500037840 and an A Number 208-070-458.

3. On March 23, 2015, the Plaintiff collected biometric information(Exhibit 1

**Factual Allegations, Continued** *(Page _1_ of _1_)*

Form I-797C). The application has now been pending with USCIS for over nine years, with no interview having been scheduled.

4. Through 2015 to 2024, the Plaintiff contacted Local Asylum office lots of times via many ways including but not limited to mail, email and walk in-person to ask about her case status but always getting the answer: "At this time, we cannot provide you with an estimated interview date."

5. In June, the Plaintiff also made a request with the Office of the USCIS Ombudsman seeking an interview on the asylum claim, but still no more action on her case.

6. There has been more than nine years since the Plaintiff separated from her son, parents and couldn't see them at the third country.

7. The delay in interview scheduling and adjudication has caused significant harm to the Plaintiff and her family including but not limited to couldn't do certain work, suffered long separation with family members and so on.

8. Plaintiff has exhausted her administrative remedies. The Plaintiff has no other recourse against Defendant's unlawful delay than by way of this lawsuit.

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1.     Jurisdiction in this case is proper under 28 USC §§1331 (Federal Question jurisdiction) and 1361 (Mandamus Act), and 5 USC §§704(Administrative Procedure Act).

2.     The Court has authority to compel agency action that is unreasonably delayed, unlawfully withheld, or which is contrary to law, an abuse of discretion, or arbitrary and capricious. 5 U.S.C. §§ 555(b), 706.

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

1. Requiring Defendant to expeditiously schedule Plaintiff's I-589 asylum application for the interview with the Tampa Asylum Office within 30 days;

2. Requiring Defendant to timely and without undue delay adjudicate Plaintiff's I-589 asylum application upon conclusion of Plaintiff's interview;

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date:  06/13/2024           Plaintiff's Signature: *AI hua Tag*

Printed Name of Plaintiff:  Aihua TANG

Address:  218 Sandhill Pines Dr, Santa Rosa Beach, FL 32459

E-Mail Address:  clhieni091788@yahoo.com

Telephone Number: _____626-425-8899 _____

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*

... OR BENEFIT.

**Fingerprint Notification**

| CASE TYPE I589    Application For Asylum | | | NOTICE DATE March 13, 2015 |
|---|---|---|---|
| RECEIPT NUMBER ZLA1500037840 | RECEIVED DATE March 10, 2015 | PRIORITY DATE March 10, 2015 | USCIS A# A 208 070 458  PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS.

AIHUA TANG
2444 HARWOOD ST
LOS ANGELES CA 90031



ldılıllıılıılllıııll

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS WILSHIRE 1015 WILSHIRE BLVD 1ST FLOOR SUITE 100 LOS ANGELES CA 900172415 | 03/16/2015 to 03/30/2015 | Sat, Sun Closed Mon-Fri 8am-4:00pm |

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY:
_912294_ ON _MAR 29 2015_
TENPRINTS QA REVIEW BY:
_912294_ ON _MAR 29 2015_

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.        APPLICANT COPY

[S] 扫描全能王 创建



Form I-797C  01/02/12 Y          Please see the back of this notice for important information.

*Exhibit 1*

Aihua TANG
218 Sandhill Pines Dr
Santa Rosa Beach, FL 32459

9589 0710 5270 1316 4385 22

CLERK
U.S. DISTRICT COURT
ONE NORTH PALAFOX ST
PENSACOLA, FL 32502-5658

JUN 2 4 2024





RDC 99

Retail

U.S. POSTAGE PAID
FCM LG ENV
DIAMOND BAR, CA 91765
JUN 14, 2024

32502

$6.75

S2324A501986-4